UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  )
LYNETTE FRANCES LEWTON )
xxx.xx.6697 ) Case No: 16-40326-TJT
 )
35387 TALL OAKS DR. ) Chapter 7
STERLING HEIGHTS, MI 48312 )
 ) THOMAS J. TUCKER
 )
                    Debtor

# AFFIDAVIT OF DISINTERESTEDNESS

STATE OF MICHIGAN )
                          ) ss.
COUNTY OF OAKLAND )

     Charles J. Taunt, pursuant to Local Bankruptcy Rule 2014-1 (c), being duly sworn deposes and states as follows:

1.     I am the principal of the Taunt Law Firm (the "Firm").

2.     Except as otherwise stated below, the Firm has never been employed, represented or has any other connection with the Debtors, the creditors, any other party in interest herein, as revealed by those parties listed on the matrix, or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee; the firm has no interest adverse to the Estate or the creditors herein, and the firm is disinterested as defined by Section 101(14) of the Bankruptcy Code:

a.     I, or other attorneys or employees of the Firm, may have rendered services or had business associations with creditors or their accountants or counsel in the

3/4/2016 3:55 PM

1

16-40326-tjt    Doc 15    Filed 03/04/16    Entered 03/04/16 15:55:42    Page 1 of 3

ordinary course of business, but none of these services have been in connection with, nor impact these proceedings.

b.   I, or other attorneys or employees of the Firm, may have or may have had associations with creditors or interested parties which include, but are not limited to, lending institutions, credit card companies, or retail establishments which are ordinary associations for individuals which may include, but are not limited to, the existence and use of bank accounts, the existence and payment of mortgages or other lending and banking relationships, the existence and use of credit cards, and/or the frequenting of a retail establishment.  I do not believe that such association(s), if any, past or present, represent(s) an interest adverse to the Estate. I do not believe that such association(s), if any, past or present, has or have been in connection with, nor impact(s) these proceedings.

c.   I, or other attorneys or employees of the Firm, may hold or may have held an interest in one or more publicly held companies, mutual funds, brokerage accounts or other investment vehicles which may be or have been associated with creditors or interested parties.  I do not believe that such interest(s), if any, past or present, represent(s) an interest adverse to the Estate.  I do not believe that such interest(s), if any, past or present, has or have been in connection with, nor impact these proceedings.

d.   I, or other attorneys or employees of the Firm, may have or have had an association or interest with creditors or interested parties of which I, or the other attorneys or employees of the Firm, are not and/or could not be aware of at the time of execution of the Verified Statement.

e.   The Firm regularly engages in efforts to develop the practice of the Firm in part through our communications with attorneys, accountants and other professionals.

f.   Non-ordinary associations in this case are as follows: None.

3.   I know of no reason why the Firm cannot act as attorneys for the Trustee.

FURTHER DEPONENT SAYETH NOT.

*I declare under the penalty of perjury that the above statements are true and*

2

3/4/2016 3:55 PM

16-40326-tjt    Doc 15    Filed 03/04/16    Entered 03/04/16 15:55:42    Page 2 of 3

*correct.*

| | |
|---|---|
| Subscribed and sworn to before me<br>this 4 March 2016<br>/s/ Emily R. Carter<br>Notary Public<br>Macomb County, Michigan<br>Acting in Oakland County<br>My commission expires: 06/26/2018 | /s/ Charles J. Taunt<br>700 E. Maple Rd., 2nd Floor<br>Birmingham, MI 48009<br>248-644-7800<br>cjtaunt@tauntlaw.com<br>(P24589) |