# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-40326 | | **Trustee Name:** | Charles J. Taunt |
| **Case Name:** | LEWTON, LYNETTE FRANCES | | **Date Filed (f) or Converted (c):** | 01/12/2016 (f) |
| **For the Period Ending:** | 06/30/2016 | | **§341(a) Meeting Date:** | 02/17/2016 |
| | | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2014 GMAC Terrain  3000 miles  Leased Vehicle | $1.00 | $1.00 | | $0.00 | FA |
| 2  Household goods & furnishings | $3,000.00 | $0.00 | | $0.00 | FA |
| 3  Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 4  Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 5  1-Dog | $50.00 | $0.00 | | $0.00 | FA |
| 6  Checking TCF Bank | $660.00 | $0.00 | | $0.00 | FA |
| 7  2015 Anticipated Income Tax Refund Federal and State | $1,200.00 | $0.00 | | $0.00 | FA |
| 8  AARP NY Term Life Insurance | $1.00 | $1.00 | | $0.00 | FA |
| 9  35387 Tall Oaks Dr.  Sterling Heights MI 48312-0000  Macomb County | $43,000.00 | $0.00 | | $0.00 | $43,000.00 |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

| | | | |
|---|---|---|---|
| $49,112.00 | $2.00 | $0.00 | $43,000.00 |

**Major Activities affecting case closing:**

06/27/2016     Trustee is investigating potential value of real property as a result of a potential foreclosure and resulting equity. The case/real property is monitored by the Trustee and a real estate firm for foreclosure status and potential sale during the redemption period of any foreclosure. The case is reviewed, at a minimum, on a bi-monthly basis for a change of status and for foreclosure action. During this review, the Trustee analyzes the benefit and likelihood of a potential foreclosure sale based on the information available against the need to close the case expeditiously.

**Initial Projected Date Of Final Report (TFR):**    07/22/2017     **Current Projected Date Of Final Report (TFR):**     /s/ CHARLES J. TAUNT

                                                                                                     CHARLES J. TAUNT