FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 16-40326 | | | Trustee Name: | | Charles J. Taunt |
| Case Name: | LEWTON, LYNETTE FRANCES | | | Date Filed (f) or Converted (c): | | 01/12/2016 (f) |
| For the Period Ending: | 12/31/2016 | | | §341(a) Meeting Date: | | 02/17/2016 |
| | | | | Claims Bar Date: | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2014 GMAC Terrain 3000 miles Leased Vehicle | $1.00 | $1.00 | | $0.00 | FA |
| 2 | Household goods & furnishings | $3,000.00 | $0.00 | | $0.00 | FA |
| 3 | Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 5 | 1-Dog | $50.00 | $0.00 | | $0.00 | FA |
| 6 | Checking TCF Bank | $660.00 | $0.00 | | $0.00 | FA |
| 7 | 2015 Anticipated Income Tax Refund Federal and State | $1,200.00 | $0.00 | | $0.00 | FA |
| 8 | AARP NY Term Life Insurance | $1.00 | $1.00 | | $0.00 | FA |
| 9 | 35387 Tall Oaks Dr. Sterling Heights MI 48312-0000 Macomb County | $43,000.00 | $0.00 | | $0.00 | $43,000.00 |

**TOTALS (Excluding unknown value)**

| | $49,112.00 | $2.00 | | $0.00 | $43,000.00 |

Gross Value of Remaining Assets

**Major Activities affecting case closing:**

12/01/2016 — Trustee is investigating potential value of real property as a result of a potential foreclosure and resulting equity. The case/real property is monitored by the Trustee and a real estate firm for foreclosure status and potential sale during the redemption period of any foreclosure. The case is reviewed, at a minimum, on a bi-monthly basis for a change of status and for foreclosure action. During this review, the Trustee analyzes the benefit and likelihood of a potential foreclosure sale based on the information available against the need to close the case expeditiously.

07/19/2016 — Order to lift stay entered.

06/27/2016 — Trustee is investigating potential value of real property as a result of a potential foreclosure and resulting equity. The case/real property is monitored by the Trustee and a real estate firm for foreclosure status and potential sale during the redemption period of any foreclosure. The case is reviewed, at a minimum, on a bi-monthly basis for a change of status and for foreclosure action. During this review, the Trustee analyzes the benefit and likelihood of a potential foreclosure sale based on the information available against the need to close the case expeditiously.

Initial Projected Date Of Final Report (TFR): 07/22/2017

/s/ CHARLES J. TAUNT

Current Projected Date Of Final Report (TFR):

CHARLES J. TAUNT